UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

STEVEN BESCO,

    Plaintiff,                                                                 ORDER

v.                                                                 Civil No.: 06-854 (MJD/JSM)

TERRY CARLSON,

    Defendant.

---

      The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

      Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceeding herein,

      IT IS HEREBY ORDERED THAT:

      1.     Petitioner's motion for appointment of counsel on appeal [docket # 2] is **DENIED**.

      2.     This action is summarily **DISMISSED WITHOUT PREJUDICE**.

Dated: May 3, 2006

                                                          s / Michael J. Davis
                                                          MICHAEL J. DAVIS, Judge
                                                          United States District Court